■ DOROTHY Y. COPELAND et al., and All Others Similarly Situated, Respondents-Appellants, v WEYERHAEUSER COMPANY et al., Defendants, and CELOTEX CORPORATION, Appellant-Respondent. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the same memorandum as in *Hemming v Certainteed Corp.* (97 AD2d 976). (Appeals from order of Supreme Court, Monroe County, Patlow, J. — dismiss complaint.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ RICHARD H. BURNS, and All Others Similarly Situated, Appellants, v VOLKSWAGEN OF AMERICA, INC., et al., Respondents. (Actions Nos. 1 and 2.) (Appeal No. 1.) — Order unanimously affirmed, without costs. Memorandum: For reasons stated in its memorandum decision we agree with Special Term that subdivision (h) of section 349 and subdivision 3 of section 350-d of the General Business Law (added L 1980, chs 345, 346, eff June 19, 1980) may not be applied retroactively. Accordingly, the individual causes of action based thereon, alleging injuries arising from plaintiff's purchase of an automobile prior to the effective date of the provisions, were properly dismissed. (Appeal from order of Supreme Court, Monroe County, Siracuse, J. — dismiss causes of action.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ. [118 Misc 2d 289.]

■ RICHARD H. BURNS, and All Others Similarly Situated, Appellants, v VOLKSWAGEN OF AMERICA, INC., et al., Respondents. (Appeal No. 3.) — Order unanimously affirmed, without costs. Memorandum: Special Term properly granted summary judgment dismissing plaintiff's individual breach of warranty claim on the ground that plaintiff did not give timely notice of the alleged defect in his Volkswagen Rabbit automobile as required by section 2-607 of the Uniform Commercial Code. There is no merit to the contention that the court erred in treating the motion as one for summary judgment. The court properly dismissed plaintiff's causes of action brought as representative of a proposed class (see *Estruch v Volkswagenwerk, AG* (Appeal No. 3) (97 AD2d 978). (Appeal from order of Supreme Court, Monroe County, Siracuse, J. — summary judgment.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ RICHARD H. BURNS, and All Others Similarly Situated, Respondents, v VOLKSWAGEN OF AMERICA, INC., et al., Appellants. (Appeal No. 4.) — Order unanimously affirmed, without costs. Memorandum: Special Term did not abuse its discretion in granting leave to amend the complaint to add causes of action based on breach of implied warranty under the Uniform Commercial Code and breach of warranty under the Magnuson-Moss Warranty-Federal Trade Commission Improvement Act (88 US Stat 2183). (Appeal from order of Supreme Court, Monroe County, Smith, J. — amend complaint.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.